JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH LYLES, | CV 18-4732 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DOLLAR RENT A CAR, INC., | |
| Defendant. | |

Pursuant to the Court's April 30, 2019 Minute Order granting the Motion for Summary Judgment filed by defendant Dollar Rent A Car, Inc. ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Faith Lyles ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: April 30, 2019

Percy Anderson
UNITED STATES DISTRICT JUDGE